ARMAND MARCUCILLI et al., Respondents, *v.* JOHN NICHOLS, Appellant, et al., Defendants.

Submitted October 2, 1950; decided October 5, 1950.

*Samuel La Rosa* for motion.

*Melvel W. Snitow* opposed.

Motions denied, with leave to renew upon the argument of the appeal. [See 301 N. Y. 721.]